```
_____ FILED _____ LODGED
      _____ RECEIVED
         Jan 11 2022
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

Magistrate Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR20-5401 |
| v. | ORDER FOR DISMISSAL |
| THOMAS D. FELLENBERG, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information in CR20-5401 against the defendant, THOMAS D. FELLENBERG.

DATED this 11th day of January, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Barbara J. Sievers*
BARBARA J. SIEVERS
Assistant United States Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.

DATED this 11th day of January, 2022.

*/s/ Theresa L. Fricke*
UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL/THOMAS D. FELLENBERG
CR20-5401

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970